**Alfonso A. WALDRON, Jr., Appellant,**

v.

**The BOEING COMPANY; International Association of Machinists and Aerospace Workers, Lodge 837, Appellees.**

No. 04–1791.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2005.

Decided: May 11, 2005.

Andre E. Townsel, Andreyuk & Brazil, Bridgeton, MO, for Appellant.

Melanie Gurley Keeney, David Shane Jones, Elizabeth J. Mooney, Lisa S. Boero, Tueth & Keeney, Jerome A. Diekemper, Janine Marie Martin, Diekemper & Hammond, St. Louis, MO, for Appellees.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Alfonso A. Waldron, Jr., appeals the district court's [1] adverse grant of summary judgment in his action claiming employment discrimination and Labor Management Relations Act violations, by his former employer and his union. Having carefully reviewed the record and considered Waldron's arguments, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we find no basis for reversal.

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny as moot the Boeing Company's motion to strike.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.